UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE EDUCATION ASSOCIATION, et al., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| LIZZETTE GONZALEZ REYNOLDS, et al., | ) ) ) |
| Defendants. | ) ) ) |

Case No. 3:23-CV-00751

District Judge Aleta A. Trauger

## AGREED ORDER

This matter comes before the Court on the Parties' Joint Motion for Extension of Time to File Responsive Pleading and Response to Motion. The Court, having been sufficiently advised, **ORDERS** that the motion is **GRANTED**. The Court further **ORDERS** that:

1. Defendants shall file a pleading or motion responsive to Plaintiffs' Complaint on or before **Friday, September 22, 2023**;

2. In the event Defendants file a motion pursuant to Fed. R. Civ. P. 12, Plaintiffs may file a response to Defendants' motion on or before **Friday, October 27, 2023**.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE