UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE EDUCATION ASSOCIATION, KATHRYN VAUGHN, ROLAND WILSON, MICHAEL STEIN, REBECCA DICKENSON, and MARY MCINTOSH, <br><br> Plaintiffs, <br><br> v. <br><br> LIZZETTE GONZALEZ REYNOLDS, *in her official capacity as Commissioner of the Tennessee Department of Education;* and, *in their official capacities as members of the Tennessee State Board of Education*: KRISSI McINTURFF, JORDAN MOLLENHOUR, ROBERT EBY, WARREN WELLS, RYAN HOLT, LILLIAN HARTGROVE, NATE MORROW, LARRY JENSEN, DARRELL COBBINS, and BOB SMITH, <br><br> Defendants. | Civil Action No. 3:23-cv-00751 <br><br> Judge Aleta A. Trauger |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO THE MOTION TO DISMISS

Defendants respectfully move this Court for an Order extending Defendants' time to file a reply to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (ECF No. 45) to November 10, 2023. As grounds for this relief, Defendants state as follows:

1. On September 22, 2023, Defendants moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

2. Plaintiffs timely filed a response to Defendants' Motion to Dismiss on October 27, 2023. The brief is 25-pages long and raises numerous arguments to which Defendants would like to reply.

3. Pursuant to LR 7.01(a)(4), Defendants reply memorandum is currently due on November 3, 2024.

4. Defendants now respectfully request a seven-day extension of time, to and including November 10, 2023, in which to file their reply brief. There is good cause for the requested extension as it is necessary in light of the breadth of legal issues to be addressed and obligations Defendants' counsels have in other matters before this Court.

5. No undue delay will be incurred by the Court or the Parties as a result of the extension because a scheduling order has not yet been entered.

6. The requested extension is not sought for delay. Rather, it will ensure that the Court receives fulsome, responsive briefing.

7. Defendants have conferred with opposing counsel, and Plaintiffs do not oppose this motion.

Given the above, the Defendants move this Court to enter an Order providing an extension of time for Defendants to file a reply to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss up to and including November 10, 2023.

Dated: November 1, 2023

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

*/s/ Ryan Nicole Henry*
Ryan N. Henry (BPR #40028)
Assistant Attorney General

Office of the Tennessee Attorney General
P. O. Box 20207
Nashville, TN 37202-0207
(615) 741-9598
ryan.henry@ag.tn.gov
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, the undersigned filed the foregoing document using the Court's Electronic Court-Filing system, which sent notice of filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| David R. Esquivel (BPR # 021459)<br>Jeremy A. Gunn (BPR # 039803)<br>BASS, BERRY & SIMS PLC<br>150 Third Ave. S., Suite 2800<br>Nashville, TN 37201<br>Tel. 615-742-6200<br>Fax 615-742-6293<br>desquivel@bassberry.com<br>jeremy.gunn@bassberry.com<br><br>Carey R. Dunne<br>Kevin Trowel<br>Martha Reiser<br>FREE AND FAIR LITIGATION GROUP, INC.<br>266 W. 37th St., 20th Floor<br>New York, NY 10018<br>646-434-8604<br>carey@freeandfairlitigation.org<br>kevin@freeandfairlitigation.org<br>martha@freeandfairlitigation.org<br><br>Frances E. Bivens<br>Pascale Bibi<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4935<br>frances.bivens@davispolk.com<br>pascale.bibi@davispolk.com | Counsel for Plaintiffs |
| Richard L. Colbert (BPR # 009397)<br>KAY GRIFFIN EVANS, PLLC<br>222 2nd Ave. N., Suite 340M<br>Nashville, TN 37201<br>Tel. 615-742-4800<br>Fax 615-742-4801<br>rcolbert@kaygriffin.com | Counsel for Tennessee Education Association |

Respectfully submitted,

*/s/ Ryan Nicole Henry*
RYAN N. HENRY