Motion GRANTED.
Extension to 11/10/2023.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| TENNESSEE EDUCATION ASSOCIATION, KATHRYN VAUGHN, ROLAND WILSON, MICHAEL STEIN, REBECCA DICKENSON, and MARY MCINTOSH, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:23-cv-00751 |
| LIZZETTE GONZALEZ REYNOLDS, *in her official capacity as Commissioner of the Tennessee Department of Education;* and, *in their official capacities as members of the Tennessee State Board of Education*: KRISSI McINTURFF, JORDAN MOLLENHOUR, ROBERT EBY, WARREN WELLS, RYAN HOLT, LILLIAN HARTGROVE, NATE MORROW, LARRY JENSEN, DARRELL COBBINS, and BOB SMITH, | ) ) ) ) ) ) ) ) ) ) ) | Judge Aleta A. Trauger |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO THE MOTION TO DISMISS**

Defendants respectfully move this Court for an Order extending Defendants' time to file a reply to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (ECF No. 45) to November 10, 2023. As grounds for this relief, Defendants state as follows:

1. On September 22, 2023, Defendants moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).