# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE EDUCATION ASSOCIATION, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 3:23-cv-00751 ) Judge Trauger |
| LIZZETTE GONZALEZ REYNOLDS, ET AL., | ) ) |
| Defendants. | ) |

## **O R D E R**

Given the pendency of a Motion to Dismiss (Doc. No. 41), it is hereby ORDERED that the initial case management conference scheduled for December 18, 2023 is CONTINUED, to be reset, if appropriate, after disposition of this motion.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge