IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE EDUCATION ASSOCIATION, KATHRYN VAUGHN, ROLAND WILSON, MICHAEL STEIN, REBECCA DICKENSON, and MARY MCINTOSH,<br><br>    Plaintiffs,<br><br>v.<br><br>LIZZETTE GONZALEZ REYNOLDS, in her official capacity as Commissioner of the Tennessee Department of Education; and, in their official capacities as members of the Tennessee State Board of Education: KRISSI McINTURFF, JORDAN MOLLENHOUR, ROBERT EBY, WARREN WELLS, RYAN HOLT, LILLIAN HARTGROVE, NATE MORROW, LARRY JENSEN, DARRELL COBBINS, and BOB SMITH,<br><br>    Defendants. | Case No. 3:23-cv-00751<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion for Summary Judgment (Doc. No. 83) is **DENIED**, and the defendants' Motion for Summary Judgment (Doc. No. 80) is **GRANTED**, based on the plaintiffs' failure to establish their standing to bring this lawsuit. The court does not reach the merits of the plaintiffs' claim that Tenn. Code Ann. § 49-6-1019 and its implementing regulations are unconstitutionally vague, both facially and as applied, in violation of the Due Process Clause of the Fourteenth Amendment to the United

States Constitution. Instead, this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

This is the final order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

---
ALETA A. TRAUGER
United States District Judge