# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Tennessee Education Association, et al.

        Plaintiff,

v.               Case No.: 3:23−cv−00751

Lizzette Gonzalez Reynolds, et al.

        Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/17/2025 re [100].

                    Lynda M. Hill
                s/ Kim Chastain, Deputy Clerk